UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,                          Civil Action No. 12-14105

           Plaintiff(s),                  District Judge Victoria A. Roberts

vs.                                          Magistrate Judge Mark A. Randon

Sentinel Insurance Co.,

           Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record I have found cause to recuse myself pursuant to 28 U.S.C. §455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

                                                 s/ Mark A Randon
                                                 Mark A. Randon
                                                 United States Magistrate Judge

Dated: September 25, 2012

---

Pursuant to this order this case is reassigned from Magistrate Judge Mark A. Randon to Magistrate Judge **Mona K Majzoub**

Date: September 25, 2012            s/ S Schoenherr
                                              Deputy Clerk