UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                       Plaintiff(s),

v.                                              Case No. 2:12–cv–14105–VAR–MKM
                                              Hon. Victoria A. Roberts

John Does 1–42,

                       Defendant(s),
_____

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion to Sever – #13

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Mona K. Majzoub *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/L. Bartlett
                                                      Case Manager

Dated:   January 15, 2013