UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-42, )<br>)<br>  Defendants. )<br>_____) | Case No.: <u>2:12-cv-14105-VAR-MAR</u> |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<u>WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 34, 35, 36, 37, 38, 40, 41 AND 42 ONLY</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 34, 35, 36, 37, 38, 40, 41 and 42 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 75.114.172.146, 97.69.171.128, 75.128.152.129, 75.134.116.219, 24.192.149.86, 50.4.242.152, 50.4.251.168, 67.149.153.173, 69.14.121.85, 69.14.68.160, 74.199.50.254 and 205.197.45.35, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 15, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*